Lodged
2026 AUG 6
CLERK
U.S. DISTRICT COURT

2:26-cv-00729-CMR

# Exhibit A

# AFFIDAVIT FOR COLLECTION OF PERSONAL PROPERTY OF DECEASED

**Pursuant to Utah Code § 75-3-1201**

TO: MM Investment Partner, LLC, c/o Harvard Business Services, Inc., Registered Agent, 16192 Coastal Hwy, Lewes, DE 19958, and to Jim Pielet, Edmond Andrews, and Michael Kesti individually

STATE OF UTAH )

: ss.

COUNTY OF Utah )

I, Kelley Hawkins, being first duly sworn, depose and state as follows:

1. Julie Ann Lund ("Decedent") died on October 26, 2025, a resident of the State of Utah.

2. More than 30 days have elapsed since the death of the Decedent.

3. No application or petition for the appointment of a personal representative for the Decedent's estate is pending or has been granted in any jurisdiction.

4. The value of the entire estate of the Decedent subject to administration, wherever located, less liens and encumbrances, does not exceed $100,000. The estate subject to administration consists of: (a) a chose in action against MM Investment Partner, LLC and others, described below, with a face value of $90,000; and (b) bank/credit union account balances totaling less than $10,000 as of the Decedent's death. The Decedent's residence was held in The Lund Family Revocable Trust dated August 30, 2018 and passes outside of probate administration; a transfer-on-death deed on the same property likewise passes outside of probate administration; the Decedent's vehicles and 401(k)/IRA account(s) had beneficiary or title designations passing them outside of probate administration.

5. Under the Last Will and Testament of Julie Ann Lund, dated August 30, 2018, the residue of the Decedent's estate — including the chose in action described below — is devised to the trustee of The Lund Family Revocable Trust dated August 30, 2018 (the "Trust").

6. H. Brent Lund and Julie Ann Lund were the original Trustors and Trustees of the Trust. H. Brent Lund predeceased the Decedent, passing away in January 2024. Upon the death of both original Trustees, the undersigned, Kelley Hawkins, became Successor Trustee of the Trust pursuant to Section XVI of the Trust agreement.

7. The undersigned is accordingly the successor of the Decedent, within the meaning of Utah Code § 75-3-1201, entitled to payment and delivery of the property described below, in her capacity as Successor Trustee of The Lund Family Revocable Trust.

8. The property to which this affidavit relates is a chose in action, being the Decedent's right to repayment of $90,000, which was drawn by Kelley Hawkins via a home equity line of credit against the Decedent's home (before it passed by the mechanisms described in Paragraph 4 above) and wired, along with other funds, to MM Investment Partner, LLC in connection with a "Lobbyist and Consulting Agreement," upon representations — since discovered to be false — that the funds would secure criminal-defense legal representation for Dallin Brad Hawkins. No such services were provided, and the funds have not been returned.

9. Demand is hereby made that MM Investment Partner, LLC, and Jim Pielet, Edmond Andrews, and Michael Kesti individually, pay to the undersigned, as Successor Trustee of The Lund Family Revocable Trust, the sum of $90,000, within a reasonable time of presentment of this affidavit.

10. The undersigned is aware that, under Utah Code § 75-3-1201, a person to whom this affidavit is delivered who refuses to pay, deliver, transfer, or issue the property described above may be compelled to do so in a proceeding brought for that purpose, and may, in the discretion of the court, be held liable for damages up to three times the value of the property, plus costs of suit and reasonable attorney fees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Kelley Hawkins, Successor Trustee of The Lund Family Revocable Trust

Subscribed and sworn to before me this 6 day of August, 20 24.

Notary Public

AYNDRIA AVERETT
Notary Public - State of Utah
Comm. No. 743253
My Commission Expires on
May 21, 2029

9589 0710 5270 4211 9335 98

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Fort Lauderdale, FL 33301

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.82
$

Total Postage and Fees $6.37
$

Postmark Here — 0100 15 — USPS AMERICAN FORK UT — AUG 06 2026 — 08/06/2024 — 84003

*Sent To* Jim Pielet

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 4211 9335 81

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Lewes, DE 19958

OFFICIAL USE

Certified Mail Fee $5.55
$ $4.65

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.82
$

Total Postage and Fees $11.02
$

Postmark Here — 0100 15 — USPS AMERICAN FORK UT — AUG 06 2026 — 08/06/2026 — 84003

*Sent To* MM Investment Partner, Inc c/o

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 4211 9336 11

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Miami, FL 331[illegible]7

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.82
$

Total Postage and Fees $6.37
$

Postmark Here — 0100 15 — USPS AMERICAN FORK UT — AUG 06 2026 — 08/06/2026 — 84003

*Sent To* Michael Kesti

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

9589 0710 5270 4211 9336 04

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Boca Raton, FL 33432

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.82
$

Total Postage and Fees $6.37
$

Postmark Here — 0100 15 — USPS AMERICAN FORK UT — AUG 06 2026 — 08/06/2026 — 84003

*Sent To* Edmond Andrews

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions